**Order entered January 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00869-CV

**RODNEY SHARP AND ALL OCCUPANTS, Appellant**

**V.**

**WOODRIDGE PROPERTIES COMPANY LP, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00238-C**

## ORDER

The reporter's record in this case has not been filed. By order dated January 17, 2014, the Court advised appellants that the Court would submit this appeal without a reporter's record upon receiving verification either that (1) no request for the record has been made or (2) appellant is not indigent and has not paid for the reporter's record. By letter received by the Court on January 28, 2014, Janet E. Wright, Court Reporter of Dallas County Court at Law No. 3, advised the Court that she had not received a request for the reporter's record from appellants. Accordingly, the Court **ORDERS** this case submitted without the reporter's record. Within **THIRTY (30) DAYS** of the date of this order, appellant shall file their brief. *We notify*

*appellants that failure to file a brief in this case will result in dismissal for want of prosecution.*

*See* Tex. R. App. P. 38.8(a)(1).


                                   /s/      CAROLYN WRIGHT
                                                 CHIEF JUSTICE